IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

EDREY LARA REYES,                        §
                                         §
    Petitioner,                          §
                                         §
v.                                       §    CAUSE NO. EP-26-CV-1129-KC
                                         §
MARY DE ANDA-YBARRA, et al.,             §
                                         §
    Respondents.                         §

**ORDER**

On this day, the Court considered the case. On April 17, 2026, Edrey Lara Reyes filed a Petition for a Writ of Habeas Corpus, ECF No. 1, challenging his detention as unlawful and asking the Court to order his release. On April 20, the Court ordered Respondents to show cause why the Petition should not be granted. Show Cause Order 2, ECF No. 2.

On April 27, Respondents filed an Advisory, ECF No. 3, informing the Court that Reyes' removal proceedings were terminated and he was released from custody. *Id.* at 3. Which, Respondents argue, moots the Petition. *Id.* Reyes has now filed a Motion to Withdraw ("Motion"), ECF No. 4, seeking to withdraw his Petition.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Reyes has now been released from custody the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Reyes' Motion, ECF No. 4, is **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 30th day of April, 2026.**


KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE